**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

September 27, 2007

Wallace Athill, Pro Se
11 Marshall Street
Paterson, NJ 07501

## LETTER ORDER

    Re:    **Athill v. Speziale, et al.**
             **Civil Action No. 06-4941 (SDW)**

Dear Mr. Athill:

    I am in receipt of your letter received September 17, 2007. Please be advised that all correspondence must be directly sent to you at your facility. It is your responsibility to advise the Court of any changes in your address.

    The case will now proceed with discovery. Enclosed with this letter is a copy of a Scheduling Order. All discovery shall be completed by December 30, 2007. Please be guided accordingly.

    **SO ORDERED.**

                                            *s/Madeline Cox Arleo*
                                            **MADELINE COX ARLEO**
                                            **United States Magistrate Judge**

cc:    Clerk
        Hon. Susan D. Wigenton, U.S.D.J.
        Carmen E. Cortes-Sykes, Esq.
        File